JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Russo,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00492-AWI-GSA<br><br>STIPULATION AND  ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  December 8, 2022 to February 6, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows

Counsel has received at least 50 CARs, the majority of which were filed in June 2022.  This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the months of September and October 2022, we have received an additional 39 CARs.

For the weeks of December 5, 2022 and December 12, 2022, Counsel currently has 16 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.  Also, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Lastly, Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 and January 2023.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 1, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: December 1, 2022    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE

2

```
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


                         By:  */s/ Oscar Gonzalez de Llano
                              Oscar Gonzalez de Llano
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on Dec. 1, 2022)
```

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:  **December 2, 2022**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE