# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Russo,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00492-AWI-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 21-day extension of time, from February 6, 2023 to February 27, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time. Undersigned counsel was recently assigned this matter. For the weeks of February 6, 2023 and February 13, 2023, Counsel has six merit briefs due. Additionally, Counsel is expected to return to Texas to attend to her gravely ill father. Counsel is a primary caretaker.

　　　Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel does not intend to further delay this matter. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

1

Respectfully submitted,

Dated: February 3, 2023         PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: February 3, 2023         PHILLIP A. TALBERT
                                United States Attorney
                                PETER K. THOMPSON
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration


By:  *\*/s/ Oscar Gonzalez de Llano*
     Oscar Gonzalez de Llano
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on Feb. 3, 2023)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

  Dated:   **February 3, 2023**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE