DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura   Russo,<br><br>          Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:22-cv-00492-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from February 27, 2023 to March 29, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's fourth request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary as the parties are

currently engaged in settlement discussions. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                  Respectfully submitted,

Dated: February 27, 2023      PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Dolly M. Trompeter*
                                   DOLLY M. TROMPETER
                                   Attorneys for Plaintiff

Dated: February 27, 2023      PHILLIP A. TALBERT
                                   United States Attorney
                                   PETER K. THOMPSON
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                              By:  */s/ Oscar Gonzalez de Llano*
                                   Oscar Gonzalez de Llano
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on February 27, 2023)

## **ORDER**

IT IS SO ORDERED.

    Dated:  **March 3, 2023**                **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE