UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RUSSO,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:22-cv-00492-AWI-GSA<br><br>**ORDER GRANTING EAJA FEES PURSUANT TO STIPULATION AND DIRECTING CLERK TO TERMINATE THE PENDING MOTION AS MOOT**<br><br>(Doc. 27) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"), it is **ORDERED** that fees and expenses in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

The Clerk of Court is **DIRECTED** to administratively terminate the pending Motion for Attorney Fees (Doc. 27) as moot.

.

IT IS SO ORDERED.

    Dated:   **July 14, 2023**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE